■ AMERIGO CIARDIELLO et al., Respondents, v BENENSON CAPITAL COMPANY et al., Defendants and Third-Party Plaintiffs. SAF LA SALA CORP., Third-Party Defendant-Appellant. [710 NYS2d 894] —Order, Supreme Court, Bronx County (Yvonne Gonzalez, J.), entered on or about August 4, 1999, which, *inter alia*, granted plaintiffs' motion for summary judgment on the issue of liability on their Labor Law § 240 (1) claim, unanimously affirmed, without costs.

The motion court properly granted plaintiff's motion for summary judgment as to liability upon his Labor Law § 240 (1) claim in light of proof demonstrating that, in the course of his employment as a mason tender, plaintiff fell from a scaffold six or seven feet to the ground when one of the scaffold's planks gave way (*see, Gordon v Eastern Ry. Supply*, 82 NY2d 555, 559; *Ross v Curtis-Palmer Hydro-Elec. Co.*, 81 NY2d 494, 501). The speculation of appellant, third-party defendant SAF La Sala Corp., that the accident might not have happened in the manner described by plaintiff or might not have happened at all, was insufficient to raise a triable issue of fact. Concur— Williams, J. P., Tom, Lerner, Andrias and Friedman, JJ.